# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DARRICK S EUBANKS SR   §   Case No.: 09-42051
         KIMBERLY L EUBANKS     §
                                §
         Debtor(s)               §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/05/2009.

2) This case was confirmed on 03/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2012.

5) The case was dismissed on 05/24/2012.

6) Number of months from filing to the last payment:  26

7) Number of months case was pending:  34

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    7,746.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
    Total paid by or on behalf of the debtor      $ 3,789.61
    Less amount refunded to debtor      $ .00
**NET RECEIPTS**      $ 3,789.61

**Expenses of Administration:**

    Attorney's Fees Paid through the Plan      $ 3,244.00
    Court Costs      $ .00
    Trustee Expenses and Compensation      $ 214.12
    Other      $ .00

**TOTAL EXPENSES OF ADMINISTRATION**      $ 3,458.12

Attorney fees paid and disclosed by debtor      $ 256.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | UNSECURED | NA | 1,160.56 | 1,160.56 | .00 | .00 |
| CITY OF COUNTRY CLUB | SECURED | 826.64 | .00 | 826.00 | 260.00 | .00 |
| CITY OF COUNTRY CLUB | UNSECURED | 826.64 | NA | NA | .00 | .00 |
| ANNIKA WILLIAMS | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 634.05 | 3,256.41 | 3,256.41 | 71.49 | .00 |
| ST MARGARET MERCY | UNSECURED | 477.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY | UNSECURED | 207.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 820.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 400.00 | 962.72 | 962.72 | .00 | .00 |
| WOMENS LAKE SHORE ME | UNSECURED | 223.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO EMS | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 602.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 844.00 | 564.81 | 564.81 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 121.66 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 1,117.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| DIANA DAVIS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 443.00 | NA | NA | .00 | .00 |
| ORAL MAXILLO SX | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 490.00 | 490.87 | 490.87 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 429.00 | 429.02 | 429.02 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DAKOTA STATE BANK | UNSECURED | 536.00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 160.35 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 167.00 | 288.51 | 113.51 | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 641.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 5,000.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 569.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 10,866.73 | 8,512.18 | 8,512.18 | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 748.00 | NA | NA | .00 | .00 |
| AUGUSTA DENTAL | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 53.00 | 57.10 | 57.10 | .00 | .00 |
| PRIMARY CARE MED ASS | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 279.10 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 900.00 | 1,160.40 | 1,160.40 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 2,053.00 | 2,053.46 | 2,053.46 | .00 | .00 |
| TCF BANK | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 151.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 100.00 | 2,466.63 | 2,466.63 | .00 | .00 |
| RWDS660 DSB | UNSECURED | 536.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | UNSECURED | 163.24 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 874.00 | NA | NA | .00 | .00 |
| GENIEVEE CHATMAN | OTHER | .00 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NA | 983.48 | 983.48 | .00 | .00 |
| GREAT AMERICAN FINAN | SECURED | NA | 175.00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 826.00 | 260.00 | .00 |
| **TOTAL SECURED:** | 826.00 | 260.00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,256.41 | 71.49 | .00 |
| **TOTAL PRIORITY:** | 3,256.41 | 71.49 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 18,954.74 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,458.12 |
| Disbursements to Creditors | $ | 331.49 |
| **TOTAL DISBURSEMENTS:** | $ | 3,789.61 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/30/2012     /s/ Tom Vaughn
                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**